## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | EUGENE MIERAK (J) | CASE NO: | 00-4242-SNOW |
| AUSA: | DUTY / Kay | ATTY: | |
| AGENT: | DEA | VIOL: | 21:846; 841(a)(1) |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | Howard Greitzer |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Advised of charges*
*sworn for counsel*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | ✓ |
| PTD/BOND HEARING: | 10-25 | 10 | LSS | |
| PRELIM/ARRAIGN OR REMOVAL: | 11-3 | 11 | LSS | |
| STATUS CONFERENCE: | | | | |

DATE: 10-20-00   TIME: 9:00   FTL/LSS TAPE # 00 - 055   Begin 361   End 708

3p'