UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55507-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR_____
                          )   REPORT COMMENCING CRIMINAL
         -vs-             )         ACTION
                          )
_Eugene Desire Mierak_    )
         Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: _10/19/00_    _3:00_ am/pm

(2) Language Spoken: _English_

(3) Offense(s) Charged: _Consp to PWID MDMA_

(4) U.S. Citizen [ ] Yes  [ ] No  [✓] Unknown

(5) Date of Birth: _10/0/70_

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _S. Dist. of FL_

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _10/22/0_    (9) Arresting Officer: _S/A BRIAN Shanahan_

(10) Agency: _DEA/WPBRO_    (11) Phone: _(561) 684-8000_

(12) Comments: _____