DEFT: Eugene Mierak (J)#  (J)#  CASE NO: 00-4242-LSS
AUSA: Jeff Kay  pres  ATTNY: Howard Greitzer  pres
AGENT:  VIOL:
PROCEEDING: PTD HEARING  BOND REC:

BOND HEARING HELD -- yes/no  COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
OCT 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Gov't proceeded by proffer
S/A Brian Shanahan sworn for cross

PTD ordered

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. XXXX OR REMOVAL:  11-3-00  11:00am  BSS
STATUS CONFERENCE:
DATE: 10-25-00  TIME: 10:00am  TAPE # 00-081 & 1245
and 00-082  end 276
198