UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NUMBER 00-6318-CR-DIMITROULEAS

    Plaintiff,

vs.

EUGENE MIERAK,

    Defendant.
_____/

### DEFENSE COUNSEL'S NOTICE OF UNAVAILABILITY

COMES NOW defense counsel, HOWARD L. GREITZER, and respectfully notifies the Court of the following:

1. The undersigned will be unavailable due to his mandatory appearance before Honorable Circuit Court Judge Ilona M. Holmes for a specially-set trial in the matter styled <u>State Of Florida vs. Thomas McGinty</u>, Case Number 99-10684CF10A in the 17th Judicial Circuit In And For Broward County, Florida.

2. On September 15, 2000, the Court ordered that the two-week trial will commence on January 22, 2000.

3. At the request of counsel for the State and counsel for the defendant, Judge Holmes specially set this matter for trial in



light of the numerous expert witnesses anticipated to be called to testify.

4. That counsel for the Defendant has recently received the Government's Notice To The Court Of Unavailability dated November 7, 2000. The period of time indicated in Assistant United States Attorney Jeffrey Kay's Notice covers the period of time that the undersigned will be unavailable. Mr. Kay's notice indicates that he will be unavailable for one (1) month commencing January 16, 2001.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 10TH day of November, 2000 to: Jeffrey Kay, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Samuel J. Smargon, Attorney for Oswaldo Renfrum, 101 NE Third Avenue, Suite 202, Fort Lauderdale, FL 33301-1100; and William M. Norris, Attorney for Orlando Jansen, 3225 Aviation Avenue, Suite 300, Coconut Grove, FL 33133-4741.

```
                              LYONS AND SANDERS CHARTERED
                              Counsel for Defendant
                              600 NE Third Avenue
                              Fort Lauderdale, FL 33304
                              Telephone: (954)467-8700
                              Facsimile: (954)763-4856

                              BY: _____
                                  HOWARD L. GREITZER
                                  FLORIDA BAR NO. 249505
```