UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,         :

          Plaintiff,              :

v.                                :

OSWALDO RENFRUM, et al.,          :

          Defendants.             :

FILED by _____ D.L.

NOV 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STATUS REPORT

          A status conference was held in this cause on November 17, 2000. At that conference, the parties informed the Court as follows:

          1. The discovery material was provided on the date of the status conference. However, the Government has not yet received a response from DEA regarding the name of the confidential informant.

          2. Counsel for the defendants shall have until December 1, 2000, within which to file pretrial motions.

          3. Counsel for defendant Jansen is involved in a trial before United States District Judge Lenore Nesbitt which may not be concluded by December 4, 2000, the date on which trial is scheduled to commence.

          DATED at Fort Lauderdale, Florida, this ___17th___ day of November, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Jeff Kay (FTL)
Howard Greitzer, Esq.
William Norris, Esq.

