HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L

DEFT __CRAIG NEAL_____ CASE NO: __00-6304-CR-FERGUSON__

AUSA __BRUCE BROWN__ /Powell  ATTY __FPD__ Amargon G
for Denube     00-C 7011

No pending motion
Disc cut
possibly a plea

DEFT __MACKIE SHIVERS_____ CASE NO: __99-6116-CR-DIMITROULEAS__

AUSA __SCOTT BEHNKE__ /Powell  ATTY __MICHAEL ZELMAN__

Disc cut - No pending motion
                                                    c 2044

DEFT __JERMAINE WILLIAMS, etal__ CASE NO: __00-6312-CR-ROETTGER__

AUSA __TOM LANIGAN_____ ATTY __FPD__ Wilcox

BARRY WAX, ESQ. for Lowen Espineuva  m/clue 12/18    c 2/14
Wilcox stood in .
Disc cut -1 motion pending - m/to continues to be filed

DEFT __OSWALDO RENFRUM, etal__ CASE NO: __00-6318-CR-DIMITROULEAS__

AUSA __JEFFREY KAY__ pres  ATTY __FPD__ Amargon

HOWARD GREITZER, ESQ. for Eugen Mierak
WILLIAM NORRIS, ESQ. for Orlando Jansen                    c 2207

DEFT motions due 12/1_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __11-17-00_____ TIME __11:00_____