UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NUMBER 00-6318-CR-WPD

    Plaintiff,

vs.

EUGENE MIERAK,

    Defendant.
_____/

### MOTION FOR CONTINUANCE

COMES NOW Defendant, EUGENE MIERAK, by and through his undersigned counsel, and files this his Motion For Continuance seeking to charge any continuance to the Government and as grounds therefor states as follows:

1. The trial of this cause is presently scheduled to commence on December 4, 2000.

2. That a Status Conference was held in this cause on November 17, 2000 at which time the Government made known to the Chief Magistrate Judge its intention to call a confidential source acknowledging that the failure of the Drug Enforcement



Administration to provide the name of said individual would result in a dismissal of the Indictment.

3. The undersigned counsel has had contact with Jeffrey Kay, Assistant United States Attorney assigned to this matter, who has confirmed that he is in receipt of the name of the confidential source, though not his date of birth nor the case numbers of past or pending charges.

4. That, as a result of the ongoing difficulties in the disclosure of information regarding the informant, the undersigned filed on the Defendant's behalf, Defendant's Demand For Specific *Kyles* And *Brady* Information on November 20, 2000 pursuant to Chief Magistrate Judge Snow's Status Report indicating that counsel for the Defendant would have until December 1, 2000 within which to file pretrial motions.

5. That, absent additional disclosure and investigation of the informant by the undersigned, counsel cannot file defensive motions without conducting its independent investigation. The failure to timely disclose the name of the informant adversely effects the Defendant's ability to proceed with this independent investigation and prejudices this Defendant in the preparation of his defense.

6. An additional basis to continue is that the tapes provided contain portions that are either difficult to understand or are in Spanish and not as yet translated.

7. Defense counsel has contacted Jeffrey Kay, Assistant United States Attorney assigned to this case, who states there is no objection to a continuance of this matter.

8. Defendant does not agree that the time of delay is excludable under the Federal Speedy Trial Rules. It should count against the Government's obligation to bring the Defendant to trial timely.

9. This Motion is made in good faith and not for purpose of delay.

WHEREFORE, Defendant, EUGENE MIERAK, respectfully requests this Honorable Court to continue the trial in this matter chargeable to the Government or, alternatively, to dismiss the Indictment in this cause.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 22nd day of November, 2000 to: Jeffrey Kay, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Samuel J. Smargon, Attorney for Oswaldo Renfrum, 101 NE Third Avenue, Suite 202, Fort Lauderdale,

3

FL 33301-1100; and William M. Norris, Attorney for Orlando Jansen, 3225 Aviation Avenue, Suite 300, Coconut Grove, FL 33133-4741.

          LYONS AND SANDERS CHARTERED
          Counsel for Defendant
          600 NE Third Avenue
          Fort Lauderdale, FL 33304
          Telephone: (954)467-8700
          Facsimile: (954)763-4856

BY: _____
    HOWARD L. GREITZER
    FLORIDA BAR NO. 249505