UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6318-CR-DIMITROULEAS

    Plaintiff,

vs.

EUGENE MIERAK,

    Defendant.
_____/

## ORDER DENYING CONTINUANCE WITHOUT PREJUDICE

THIS MATTER was considered upon the Defendant's motion to continue the trial [DE-44] currently pending on this Court's calendar for December 4, 2000 at Fort Lauderdale, Florida bearing Certificate of Service dated November 22, 2000, and the Court having reviewed the Court file, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion For Continuance be and the same is hereby DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida, this 24 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey Kay, AUSA

Howard L. Greitzer, Esquire
600 N.E. Third Avenue
Ft. Lauderdale, FL 33304



William Norris, Esquire
3225 Aviation Avenue, #300
Coral Gables, Florida 33133

Samuel J. Smargon, AFPD