JHK:sr

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| EUGENE MIERAK, | : |
| DEFENDANT. | : |



### GOVERNMENT'S RESPONSE TO DEFENDANT'S DEMAND FOR SPECIFIC KYLES AND BRADY INFORMATION

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully submits this response:

The United States Attorney on November 21, 2000, upon receiving the information from the DEA mailed out to each defense counsel the material submitted by DEA on the Confidential Source(CS).

In response to the Defendant's specific request:

A. Joseph Riano

B. The material provided discloses the CS had a second degree conviction for homicide in Dade County in 1994. Secondly, the material discloses an arrest which is in Palm Beach County, Florida. As previously advised, this case is now pending in state court in Palm



Beach County. Government has been advised there is no plea agreement in writing in that pending case. However, the defense counsel had been advised by the State Attorney's office in Palm Beach County, based on the CS's cooperation, they will recommend a sentence of 3 years in jail on the pending case.

    C.    To the best of the Governments knowledge, the CS has not testified before, received any payments from the PBSO or DEA.

    D.    To the best of the Governments knowledge, the PBSO or DEA have made no other promises to the CS.

    E.    None known

    F.    None known other than what defense counsel has received in discovery to date.

    G.    None to the best of the Governments knowledge.

    H.    None to the best of the Governments knowledge,

    I.    Provided.

    J.    None to the best of the Governments knowledge

    K.    "

    L.    "

    M.    "

    N.    Not required to be given.

    O.    None to the best of the Governments knowledge.

    P.    Not required to be given, if it exists.

    Q.    Not required to be given.

    R.    None known.

    S.    Not required to be given, it if exists.

U. None available to or known to the Government at the present time.

V. The CS is not an alien.

W. Jencks material will be provided prior to trial.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 28th day of November, 2000, to Howard Greitzer, Esq., 600 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33309; Sam Smargon, Esq., AFPD, 101 N.E. 3d Avenue, Ft. Lauderdale, Fl 33301 and William Norris, Esq., 3225 Aviation Avenue, Suite 300, Coconut Grove, Fl 38133.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

3