```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA


THE UNITED STATES OF AMERICA,  )
                               )        CASE NUMBER
              PLAINTIFF,       )        00-6318-CR-WPD
                               )
       VS.                     )
                               )
EUGENE DESIRE MIERAK,          )        THIS VOLUME:
ORLANDO JANSEN, AND            )        PAGES 1 - 51
MARCELL VERSCHUREN,            )
                               )
              DEFENDANT.       )
_____)

               (TRANSCRIPT BY TAPE)
```

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON OCTOBER 25, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:         JEFFREY H. KAY, A.U.S.A.

FOR DEFENDANT MIERAK:       HOWARD R. GREITZER, ESQ.

FOR DEFENDANT JANSEN:       WILLIAM M. NORRIS, ESQ.

FOR DEFENDANT VERSCHUREN:   PHILIP R. HOROWITZ, ESQ.

```
                CARL SCHANZLEH
             OFFICIAL COURT REPORTER
                 U. S. COURTHOUSE
            299 E. BROWARD BLVD., 202B
           FORT LAUDERDALE, FLORIDA 33301
                   954 769-5488
```



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**