**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: _CU - 6318 -Cl- WPD_    DATE: _December 1, 2000_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _Dutch_

UNITED STATES OF AMERICA    VS. _Renfrum, McCrae, Jensen_

U.S. ATTORNEY: _Jeff Kay_    DEFT. COUNSEL: _Sam Smargon, Howard_
_Bill norris not present  Greg Biehn_

REASON FOR HEARING: _Calendar call / Status Conference_

RESULT OF HEARING: _Defts' motion to continue are_
_granted. Court finds the time from today_
_until 12/7 deemed excludable._

✱ _Oswaldo Renfrum Reset fm 12/7 fr Calendar Call_
_+/or change of plea @ 1:00_

✱ _Eugene Muerah Reset fm 12/7 @ 1:00 fr change_
_of plea · or Calendar Call 1/2/01 @ 9:00 fr 1/16/01_
_fr trial period._

CASE CONTINUED TO: _12/7/00_    TIME: _1:00_    FOR: _Status_

✱ MISC: _Orlando Jensens case Reset fm 12/7/00 (2) 1:00_
_fr Calendar Call._