UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EUGENE MIERAK,

Defendants.

_____/

CASE NO. 00-6318-CR-DIMITROULEAS

FILED ___ D.C.

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **ORDER DEFERRING RULING**

THIS CAUSE having come before this Court on Defendant's November 29, 2000 Motion For Pretrial James Hearing [DE-48], it is

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of ~~November~~ December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Howard Greitzer, Esquire
600 N.E. Third Avenue
Ft. Lauderdale, FL 33304

Jeffrey Kay, AUSA

