JHK:sr



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

UNITED STATES OF AMERICA,           :

          PLAINTIFF,           :

v.                                  :

EUGENE MIERAK,                      :

          DEFENDANT.           :

_____

### GOVERNMENT'S RESPONSE TO COURT"S ORDER DEFERRING RULING ON DEFENDANT MIERAKS' MOTION FOR JAMES HEARING

COMES NOW the United States of America, by and through the undersigned counsel and files this Response to the above Motion for a James Hearing.

On the afternoon of December 1, 2000, counsel for defendant Eugene Marek telephonically advised the undersigned that defendant Marek had signed the plea agreement sent by the Government and Marek would be entering a plea to the Count 1 of the Indictment on Thursday,



December 7, 2000 before this Court.

In view of the above, the Government believes the issue is now moot.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed on this _4_ day of November, 2000, to Howard Greitzer, Esquire, 600 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33304.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2