UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EUGENE MIERAK,

Defendant.

_____/

CASE NO. 00-6318-CR-DIMITROULEAS

FILED by _____ D.C.

DEC 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE having come before this Court on Defendant's November 29, 2000 Motion

For Pretrial James Hearing [DE-48], and the Court having received a response from

the Government [DE-53], said Motion For Pretrial James Hearing is Denied, Without Prejudice.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_6_ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Howard Greitzer, Esquire
600 N.E. Third Avenue
Ft. Lauderdale, FL 33304

Jeffrey Kay, AUSA