**CRIMINAL MINUTES**

FILED by _____ D.C.
DEC 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6318-CR-WPD    DATE: December 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Dutch

UNITED STATES OF AMERICA    VS. Eugene Mierak

U.S. ATTORNEY: Jeffrey Kay    DEFT. COUNSEL: Howard Freitzer

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Wyt to plead Guilty to Count 1. Gvt agrees to dismiss Count 2 at time of sentencing. Court accepts Guilty plea.

CASE CONTINUED TO: 2/16/01    TIME: 11:00    FOR: Sentencing

MISC: Written plea agreement filed