| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2000655 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☒ MAG. JUDGE  2 ☐ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. 0:00-004242:002 | PAID BY nice -12/19/00 |
| 3. DISTRICT DOCKETING NO. 00cr6318-WPD | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) FLS | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF | UNITED STATES VS. MIERAK | | |
| 7. PERSON REPRESENTED EUGENE MIERAK | | 8. LOCATION/ORGANIZATION CODE | DATE PAID 12/20/00 |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Pretrial motions, trial preparation and trial. Status Conference set for 11/17/2000.

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).   MINUTES Attchd.
Pretrial Detention Hearing held before Magistrate Judge Seltzer on 10/25/2000. Tape #00-081/082-BSS

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY   ► 11/3/2000  DATE
Howard L. Greitzer   (954)467-8700
PRINTED NAME OF ATTORNEY   PHONE NUMBER
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER
► 11/16/00 DATE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
A. Apportion     % of transcript with | 14. A.
B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) |
|---|---|
| ☐ Official  ☐ Contract  ☒ Transcriber  ☐ Other | U. S. Courthouse, 299 E. Broward Blvd., 202B Ft. Lauderdale, Fl. 33301 |
| 16. FULL NAME OF PAYEE  Carl Schongleb | |
| 17. SOCIAL SECURITY OR EMPLOYER I.D. NO. OF PAYEE  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 | 19. TELEPHONE NO. AREA CODE (954) NUMBER 769-5488 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 - 50 | 50 | $ 3.00 | $ | $ | $ 150.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
CLAIMANT'S CERTIFICATION   ► 12-1-00 DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.
SIGNATURE OF ATTORNEY/CLERK OF COURT   ► 12/4/00 DATE

23. TOTAL CLAIMED   $ 150.00

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER   ► 12/15/00 DATE

25. AMT. APPROVED   $ 150.00