JHK:sr

FILED BY _____ D.C.
2001 JAN 24 PM 3:13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLERK, U.S. DIST. CT.
S.D. OF FLA – FTL

CASE NO. 00-6318-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| EUGENE MIERAK, | : |
| DEFENDANT. | : |

## GOVERNMENT'S RESPONSE TO DEFENDANT"S PSI OBJECTIONS

COMES NOW the United States of America, by and through the undersigned counsel and states as follows:

The defendant Mierak has filed objections to the PSI based on the Probation Service interpretation of his role in the offense.

Paragraphs 1, 2, 3, 4, 5 and 6 of the defendants objections are factual issues to be determined by the Court.

Paragraph 6 of the defendant's objection is not correct nor is the PSI totally correct at Paragraph 13. Marcell Verchuren was arrested by the DEA agents at the scene and a criminal complaint filed by DEA. The U.S. Attorney's Office upon reviewing the case and evidence determined that Marcell Verschuren had to be released based on the then available evidence. Eyob Michael was not arrested at the time of the initial arrest.



Defendant's paragraph 7, if U.S. Probation has been provided a statement, there is no objection to ACR by the Government.

Defendant's paragraph 8 is again a factual determination by the Court. The Government does not view defendant Mierak as a minimal participant under section 3B1.2 as one being involved in a 50,000 pill transaction deal at a minimum!

Defendant's paragraph 9-12, based on ACR and the findings of the Court will effect the total offense level.

Defendant's paragraph 13 is plainly incorrect under the Governments understanding of Section 5C1.2 and 2D1.1(b)(6). Simply put, there is no minimum mandatory sentence in this case, thus Section 5C1.2 does not apply. Secondly, Section 2D1.1(b)(6) therefore does not apply to this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed on this 2*y* day of November, 2000, to Howard Greitzer, Esquire, 600 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33304 and to D. Jefferson, U.S. Probation, Miami, Fl.

*[signature]*
JEFFREY H. KAY

2