JHK:sr

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| EUGENE MIERAK, | : |
| DEFENDANT. | : |

## GOVERNMENT'S NOTICE OF CORRECTION AS TO P.S.I.

COMES NOW the United States of America, by and through the undersigned counsel, and advises the Court of the following:

Following a discussion with defense counsel for defendant Mierak on the issue of Guideline 5C1.2 and its applicability in the instant case, two cases were found; U.S. v. Meatilus, 111 F.3d 870 (11th Cir. 1997) and U.S. v. Osei, 107 F.3d 101 (2nd Cir. 1997) it is clear that Section 2D1.1 and the factors under 5C1.2 may apply and be considered by this Court. Thus it does not matter that there is no mandatory minimum in this case. The decision to grant a two level reduction under Section 2D1.1 is up to the Court at the time of sentencing and if the



defendant meets the criteria under 5C1.2.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed on this 25th day of January, 2000, to Howard Greitzer, Esquire, 600 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33304 and to D. Jefferson, U.S. Probation, Miami, Fl.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY