## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6318-CR-WPD    DATE: February 20, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez    INTERPRETER: Dutch

UNITED STATES OF AMERICA    VS. Eugene Mierae

U.S. ATTORNEY: Jeff Kay    DEFT. COUNSEL: Howard Shritzer

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
57 months BOP, 3 years Supervised Release, No Fine, $100.00 Assessment

Court recommends incarceration be served in the Netherlands if the Government can accomplish that.

Gov't dismisses Count 2.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: W-1 Brian Shenahan, DEA
Deft Informed of Right to Appeal.