UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NUMBER 00-6318-CR-WPD

    Plaintiff,

vs.

EUGENE MIERAK,

    Defendant.
_____/

## **NOTICE OF FILING PROOF OF PAYMENT OF ASSESSMENT**

COMES NOW the Defendant, EUGENE MIERAK, by and through his
undersigned counsel, and files with the Clerk Of Court a photocopy
of Lyons And Sanders Chartered's Check Number 6554, including the
check stub, and the cancelled Check Number 6554 as evidence of
Defendant's payment of the $100.00 Assessment required at Page 5 of
8 of Judgment In A Criminal Case entered on February 20, 2001.

I HEREBY CERTIFY that a copy of the foregoing has been
furnished, by mail, this 22nd day of February, 2001 to: Jeffrey
Kay, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite
700, Fort Lauderdale, FL 33394; and by mail to Donald Jefferson,



United States Probation Officer, 300 NE First Avenue, Room 315,

Miami, FL 33132.

LYONS AND SANDERS CHARTERED
Counsel for Defendant
600 NE Third Avenue
Fort Lauderdale, FL 33304
Telephone: (954)467-8700
Facsimile: (954)763-4856

BY: _____
    HOWARD L. GREITZER
    FLORIDA BAR NO. 249505

## LYONS AND SANDERS, CHARTERED

|  | | CHECK | |
|---|---|---|---|
| | | | 006554 |

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 01/12/01 | MIERAK/CLERK/COURT COSTS as part of Plea Agreement in Case Number 00-6138-CR-DIMITROULEAS, U.S.A. vs. EUGENE MIERAK. | | 100.00 | | 100.00 |



| CHECK DATE | CONTROL NUMBER | | |
|---|---|---|---|
| 01/12/01 | 6554 | TOTALS ► Gross: | 100.00 |

Ded:  0.00   Net:  100.00

**LAW OFFICES**
**LYONS AND SANDERS, CHARTERED**
800 N.E. THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33304

PAY
TO THE
ORDER
OF

CLERK OF COURT
UNITED STATES DISTRICT COURT

*** ONE HUNDRED & 00/100 DOLLARS

NATIONSBANK, N.A.
02892  FL
63-27-631

| DATE | CHECK | AMOUNT |
|---|---|---|
| 01/12/01 | 6554 | ****$100.00 |

LYONS AND SANDERS, CHARTERED
OPERATING ACCOUNT

006554

⑆006554⑆ ⑈063100277⑈ 003861030693⑈

091137/7-95

Security features included. Details on back.

006554

**LAW OFFICES**
**LYONS AND SANDERS, CHARTERED**
600 N.E. THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33304

NATIONSBANK, N.A.
02092 FL
63-27-631

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 01/12/01 | 6554 | ****$100.00 |

*** ONE HUNDRED & 00/100 DOLLARS

PAY
TO THE
ORDER
OF

CLERK OF COURT
UNITED STATES DISTRICT COURT

LYONS AND SANDERS, CHARTERED
OPERATING ACCOUNT

⑈006554⑈ ⑊063100277⑊ 003661030393⑈           ⑈00000100000⑈