USDC FLSD 245B (Rev 9/00) Sheet1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA
V.
EUGENE MIERAK

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 00-6318-02-CR-WPD**

Counsel For Defendant: **Howard Greitzer, Esq.**
Counsel For The United States: **Jeffrey Kay, AUSA**
Court Reporter: **Robert Ryckoff**

FILED by ___ D.C.
FEB 2 ...
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THE DEFENDANT:**

[X] **pleaded guilty to count(s)** One

[ ] pleaded nolo contendere to count(s) which was accepted by the court.

[ ] Was found guilty on count(s) after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute Methylenedioxymethamphetamine Hydrochloride (MDMA) | 10/19/2000 | One |

The defendant is sentenced as provided in pages 2 through 8 Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s) Two **(Is) (are) dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **10/01/70**
Defendant's USM Number: **55507-004**

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

**February 20, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
**United States District Judge**

Date: February 20, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By ___ Deputy Clerk
Date 3/30/01

FT. LAUD. OFFICE
2001 FEB 21 AM 9:37
RECEIVED

80/89

DEFENDANT: **MIERAK, EUGENE**
CASE NUMBER: **00-6318-02-CR-WPD**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 57 Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** that incarceration be served in the Netherlands.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

- [ ] At A.m. / p.m. on
- [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- [ ] Before 2:00 p.m. on
- [ ] as notified by the United States Marshal.
- [ ] As notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 3/21/01 To FCI Elk

at Elkton Ohio, with a certified copy of this judgment.

Per John J. LaManna
~~UNITED STATES MARSHAL~~ Warden

By T. Bell
~~Deputy U.S. Marshal~~ L.T.E.